# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**RICARDO SUAREZ-PARDO,**

    Petitioner,

VS.                      Case No.: 4:15cv421-MW/CAS

**LORETTA LYNCH, et al.,**

    Respondents,
_____/

## ORDER and REPORT AND RECOMMENDATION

Respondents have filed a motion to dismiss the § 2241 petition as moot. ECF No. 9. Respondents advise that Petitioner "has already been released from custody" to an Order of Supervision. *Id.*

Petitioner only sought release from an alleged period of indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001). *See* ECF No. 1. Accordingly, the motion to dismiss should be granted because Petitioner has already been granted the relief sought in the petition.

Attached to Respondent's motion to dismiss, ECF No. 9, is the Order of Supervision which provides an address for Petitioner upon his release: 22715 S.W. 66th Avenue, Apt. # 102, Boca Raton, FL 33428. ECF No. 9-1

at 3. The Clerk of Court shall provide a copy of this Report and Recommendation to Petitioner at that location.

Accordingly, it is **ORDERED** that the Clerk of Court provide this Report and Recommendation to Petitioner at his address of record and to his address upon release: 22715 S.W. 66th Avenue, Apt. # 102, Boca Raton, FL 33428.

## RECOMMENDATION

Because Petitioner has been released from detention, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Ricardo Suarez-Pardo be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on November 30, 2015.

 s/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No.: 4:15cv421-MW/CAS