IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICARDO SUAREZ-PARDO,

    Plaintiff,

v.                                       Case No. 4:15cv421-MW/CAS

LORETTA LYNCH, et al.,

    Defendants.

_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2241 petition, ECF No. 1, is **DISMISSED as moot** inasmuch as Petitioner has been released from detention." The Clerk shall close the file.

SO ORDERED on December 31, 2015.

                                                 s/Mark E. Walker        
                                                 **United States District Judge**